**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AMANDA MANATA, on her own behalf
and others similarly situated,

    Plaintiff,

vs.                                              CASE NO. 3:13-cv-95-J-20TEM

CBB ACQUISTION COMPANY, LLC,
a Delaware limited liability company,

    Defendant.
_____

## **O R D E R**

This case is before the Court on Plaintiff's Notice of No Receipt of Issued Summons (Doc. #6), docketed as a motion for miscellaneous relief. Plaintiff requests the Court "re-issue summons for Defendant" because Plaintiff's out-of-town counsel states he has not received the summons issued by the Clerk's office in this matter. Review of the record reveals Clerk's office personnel issued a summons as to Defendant CBB Acquisition Company, LLC on January 25, 2013 (*see* Doc. #2). Clerk's office personnel have verified that the summons was sent via U.S. Mail to Plaintiff's counsel of record in Boca Raton, Florida.

The Court finds ample time has passed for delivery of the summons to the attorney. An alias, or additional, summons is necessary in this matter to effect service of process on Defendant.

Rule 4 of the Federal Rules of Civil Procedure provides for the issuance and service of summons. Although language referring to "separate and additional summons" was eliminated from Rule 4 during the 1993 amendments, there is no reason to believe the

practice of issuing additional, replacement or alias summons was intended to be changed with the 1993 amendments. 4A CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 1085 (3d ed. 2002). There are many circumstances where the issuance of an additional summons is not only appropriate, but necessary for the action to continue. Such is the case here, where Plaintiff's counsel is unable to attempt service of process due to the missing summons.

Accordingly, upon due consideration it is hereby

**ORDERED:**

1. Plaintiff's Notice of No Receipt of Issued Summons (Doc. #6), construed as a motion for issuance of alias summons, is **GRANTED**.

2. The Clerk is directed to sign and issue the alias / additional summons, received with Plaintiff's construed motion, forthwith. The Clerk shall return the signed summons to Plaintiff's counsel so that he may cause such summons to be served upon Defendant CBB Acquisition Company, LLC, in this case.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of February, 2013.

Copies:
All counsel of Record
*Pro Se* Parties, if any

THOMAS E. MORRIS
United States Magistrate Judge